**RECEIVED**

**JUL 2 0 2021**

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 4:21-cr-103 |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| MALEK SHAWN HOLMES, ) | T. 21 U.S.C. § 841(a)(1) |
| also known as, Chubbs, ) | T. 21 U.S.C. § 841(b)(1)(A) |
| PIERRE FONTAIN BLACK, ) | T. 21 U.S.C. § 841(b)(1)(B) |
| also known as, Rico, ) | T. 21 U.S.C. § 841(b)(1)(C) |
| also known as, Peezy, ) | T. 21 U.S.C. § 846 |
| also known as, Peezo, ) | T. 21 U.S.C. § 851 |
| DESHAWN LEVELL GREER, ) | |
| also known as, Jack, ) | |
| DESMOND LAMAR HOWARD, ) | |
| also known as, Blu, ) | |
| GREGORY IZELL SPIGHT, ) | |
| also known as, LoSo, ) | |
| EARL CLAY, III, ) | |
| also known as, BD, ) | |
| MICHAEL BYRD, ) | |
| also known as, Big Mike, ) | |
| CARL MURPHY, ) | |
| also known as, P, ) | |
| also known as, C-Note, ) | |
| AZIM ABDUL-AHAD, ) | |
| also known as, Tana, ) | |
| RONALD HARRIS, ) | |
| DAEANTE DEWAYNE NEELY, ) | |
| also known as, Black, ) | |
| DERRICK FLEMING, ) | |
| also known as, Flock, ) | |
| DANDRE COX, ) | |
| also known as Dusky, ) | |
| PATRICK STAPLES, ) | |
| TABARIS BROWN, ) | |
| also known as, TB, ) | |
| BRANDON REED, ) | |
| also known as, J, ) | |
| JASON BEAMAN, ) | |
| ELIJAH SEYMOUR, ) | |
| also known as, Big Josh, ) | |

1

| | |
|---|---|
| FELICIA OLSON,<br>SARAH HUME,<br>ANDREW PRICE,<br>JAMISHA CANADA,<br>also known as, Misha,<br>TONIE CANADA, and<br>RICKEY'A DEE JACKSON<br>also known as, Kia,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least 2019, and continuing until July 20, 2021, in the Southern District of Iowa and elsewhere, the defendants, MALEK SHAWN HOLMES, also known as, Chubbs, PIERRE FONTAIN BLACK, also known as, Rico, also known as, Peezy, also known as, Peezo, DESHAWN LEVELL GREER, also known as, Jack, DESMOND LAMAR HOWARD, also known as, Blu, GREGORY IZELL SPIGHT, also known as, LoSo, EARL CLAY, III, also known as, BD, MICHAEL BYRD, also known as, Big Mike, CARL MURPHY, also known as, P, also known as C-Note, AZIM ABDUL-AHAD, also known as, Tana, RONALD HARRIS, DAEANTE DEWAYNE NEELY, also known as, Black, DERRICK FLEMING, also known as, Flock, DANDRE COX, also known as Dusky, PATRICK STAPLES, TABARIS BROWN, also known as, TB, BRANDON REED, also known as J, JASON BEAMAN, ELIJAH SEYMOUR, also known as, Big Josh, FELICIA OLSON, SARAH HUME, ANDREW PRICE, JAMISHA CANADA, also known as, Misha, TONIE

CANADA, and RICKEY'A DEE JACKSON, also known as, Kia, conspired, with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Section 846.

With respect to defendants, MALEK SHAWN HOLMES, also known as, Chubbs, the conspiracy involved 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(A).

With respect to defendants, PIERRE FONTAIN BLACK, also known as, Rico, also known as, Peezy, also known as, Peezo, DESHAWN LEVELL GREER, also known as, Jack, GREGORY IZELL SPIGHT, also known as, LoSo, EARL CLAY, III, also known as, BD, MICHAEL BYRD, also known as, Big Mike, CARL MURPHY, also known as, P, also known as C-Note, AZIM ABDUL-AHAD, also known as, Tana, RONALD HARRIS, DAEANTE DEWAYNE NEELY, also known as, Black, DERRICK FLEMING, also known as, Flock, DANDRE COX, also known as Dusky, PATRICK STAPLES, TABARIS BROWN, also known as, TB, BRANDON REED, also known as J, JASON BEAMAN, FELICIA OLSON, ANDREW PRICE, JAMISHA CANADA, also known as, Misha, and TONIE CANADA, the conspiracy involved a

mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

With respect to defendants, DESMOND LAMAR HOWARD, also known as, Blu, ELIJAH SEYMOUR, also known as Big Josh, SARAH HUME, RICKEY'A DEE JACKSON, also known as Kia, the conspiracy involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

**THE GRAND JURY FINDS:**

<u>**PRIOR CONVICTION**</u>

Prior to the commission of the offense charged in Count 1, the defendant, CARL MURPHY, also known as P, also known as C-Note, was convicted of Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), in the Northern District of Illinois, case number 1:09-CR-928, a serious drug felony, for which Defendant served more than 12 months of imprisonment and in which Defendant was released from any term of imprisonment within 15 years of the commencement of the instant offense.

4

This is pursuant to Title 21, United States Code, Section 851.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _/s/ Mallory Weiser_____
Mallory E. Weiser
Special Assistant United States Attorney
Amy L. Jennings
Assistant United States Attorney